IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

MAIKY ALVAREZ-SUAZA,

Petitioner,

vs.

JEROME J. KRAMER, Sheriff of Lincoln County, in his official capacity as immediate custodian, et al.,

Respondents.

8:26-CV-573

ORDER

Along with his habeas corpus petition (filing 1), the petitioner has filed motions for an expedited show cause order and evidence preservation (filing 2), for limited expedited discovery (filing 3). Those motions, generally, seek evidence relating to the basis for the petitioner's detention and evidence relating to the circumstances of his arrest.

The Court's order to show cause, filed contemporaneously, moots many of those requests: The Court's order requires the government to produce documents that the Court has found relevant to determining the legality of the petitioner's detention. His remaining requests will be denied as they exceed the scope of a habeas proceeding. *See U.S. ex rel. Bilokumsky v. Tod*, 263 U.S. 149, 158 (1923) (explaining in the context of a habeas challenge to immigration detention irregularities on the part of government officials prior to or in connection with an arrest do not necessarily invalidate later proceedings); *cf. Mastrian v. McManus*, 554 F.2d 813, 820 (8th Cir. 1977); *McDonald v. Arkansas*, 501 F.2d 385, 388 (8th Cir. 1974).

The petitioner has also moved for appointment of counsel because "[i]f the Court orders an evidentiary hearing or factual discovery, counsel would

materially assist the Court and the parties." Filing 4. The Court will deny that motion without prejudice to reassertion should the Court order an evidentiary hearing or factual discovery.

IT IS ORDERED:

1. The petitioner's motion for expedited order to show cause and evidence preservation (filing 2) is denied.

2. The petitioner's motion for expedited discovery (filing 3) is denied.

3. The petitioner's motion to appoint counsel (filing 4) is denied without prejudice to reassertion.

Dated this 28th day of September, 2026.

BY THE COURT:

John M. Gerrard

John M. Gerrard
Senior United States District Judge